Argued and submitted November 29, affirmed December 27, 2000

STATE OF OREGON,
*Respondent,*

*v.*

DEANGELO LEROY TURNER,
*Appellant.*

(CF98-0678; CA A105654)

15 P3d 1264

Rebecca Duncan, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Hutchinson,* 169 Or App 264, 9 P3d 722 (2000).